UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSALYN GRAHAM,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER BLAIR, BRIAN ZYWICKI,<br>MIKE ORIGLIOSSO and DAVE MATEVEY,<br><br>    Defendants. | Case No. 10-cv-772-JPG-PMF |
| KATHY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER BLAIR, BRIAN ZYWICKI,<br>MIKE ORIGLIOSSO and DAVE MATEVEY,<br><br>    Defendants. | Case No. 10-cv-780-JPG-PMF |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs

                                          **NANCY J. ROSENSTENGEL, Clerk of Court**
                                          s/Jina Hoyt, Deputy Clerk

**Dated:  December 27, 2012**

**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**